**Order entered April 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00241-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**TIMOTHY VARDEMAN, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81772-04**

## ORDER

Appellee's April 17, 2013 motion for extension of time to file appellee's brief is

**GRANTED**. The time to file appellee's brief is extended to **May 17, 2013**.

This accelerated appeal is set for submission on May 24, 2013. The Court will not grant

any further extensions on appellee's brief.


/s/     MARY MURPHY
        JUSTICE